## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   IRA MILTON                                    §                Case No.: 09-08083
       LENEVA MILTON                              §
                                     §
                                     §
       Debtor(s)                                     §

────────────────────────────────────────────────────────────────────

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 03/11/2009.

    2)    This case was confirmed on 05/11/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5)    The case was converted on 07/22/2011.

    6)    Number of months from filing to the last payment:  28

    7)    Number of months case was pending:  29

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $     37,881.00

    10)    Amount of unsecured claims discharged without payment $          .00

    11)    All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $    34,849.67 |
| Less amount refunded to debtor | $    1,271.61 |
| **NET RECEIPTS** | $    33,578.06 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,500.00 |
| Court Costs | $    .00 |
| Trustee  Expenses and Compensation | $    2,185.13 |
| Other | $    .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    5,685.13 |
| Attorney fees paid and disclosed by debtor | $    .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHRIS JACKSON | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,064.00 | 1,215.77 | 1,215.77 | 442.82 | .00 |
| SELECT PORTFOLIO SER | SECURED | 306,701.00 | 306,490.03 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | NA | 10,101.68 | .00 | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 222.00 | 222.37 | 222.37 | 80.99 | .00 |
| SECOND CITY CONSTRUC | SECURED | 6,000.00 | 6,543.54 | .00 | .00 | .00 |
| CHICAGO MUNICIPAL EM | SECURED | 3,000.00 | 3,007.77 | .00 | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 3,007.00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | SECURED | 384.00 | 305.03 | .00 | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 497.54 | .00 | 498.00 | 498.00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 10,230.00 | 16,121.46 | 16,121.46 | 16,121.46 | 573.35 |
| WELLS FARGO AUTO FIN | SECURED | 5,919.00 | NA | NA | .00 | .00 |
| WACHOVIA DEALER SERV | SECURED | 1,434.00 | 772.07 | 772.07 | 772.07 | 13.54 |
| CAPITAL ONE | UNSECURED | 475.00 | 514.65 | 514.65 | 187.47 | .00 |
| CHICAGO AVE GARAGE F | UNSECURED | 5,827.00 | 3,824.19 | 3,824.19 | 1,392.90 | .00 |
| CHICAGO AVE GARAGE F | UNSECURED | 5,189.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 977.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 150.00 | 83.75 | 83.75 | 19.69 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 441.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 252.67 | NA | NA | .00 | .00 |
| CAMEO ENDODONTICS | UNSECURED | 346.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANK CARD | UNSECURED | 368.00 | 343.18 | 343.18 | 125.00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 975.62 | 977.94 | 977.94 | 356.20 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 432.00 | 436.62 | 436.62 | 159.04 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 393.00 | 326.29 | 326.29 | 118.84 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 236.00 | 252.00 | 252.00 | 91.78 | .00 |
| CHASE STUDENT LOANS | UNSECURED | 5,201.00 | 5,264.75 | 5,264.75 | 1,917.59 | .00 |
| MIMIT | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| MIDWEST CLINICAL IMA | UNSECURED | 8.80 | NA | NA | .00 | .00 |
| OAK PARK EYE CENTER | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 612.00 | 612.31 | 612.31 | 223.02 | .00 |
| U OF TEXAS | UNSECURED | 13,038.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 962.18 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | NA | 13,171.99 | 13,171.99 | 4,797.67 | .00 |
| SELECT PORTFOLIO SER | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO AVE GARAGE F | SECURED | NA | 1,200.00 | .00 | .00 | .00 |
| CHICAGO AVE GARAGE F | SECURED | NA | 5,673.86 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 1.50 | 1.50 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|                               | Claim Allowed | Principal Paid | Int. Paid |
|-------------------------------|--------------:|---------------:|----------:|
| **Secured Payments:**         |               |                |           |
| Mortgage Ongoing              | .00           | .00            | .00       |
| Mortgage Arrearage            | .00           | .00            | .00       |
| Debt Secured by Vehicle       | 16,893.53     | 16,893.53      | 586.89    |
| All Other Secured             | 498.00        | 498.00         | .00       |
| **TOTAL SECURED:**            | 17,391.53     | 17,391.53      | 586.89    |
|                               |               |                |           |
| **Priority Unsecured Payments:** |            |                |           |
| Domestic Support Arrearage    | .00           | .00            | .00       |
| Domestic Support Ongoing      | .00           | .00            | .00       |
| All Other Priority            | 1.50          | 1.50           | .00       |
| **TOTAL PRIORITY:**           | 1.50          | 1.50           | .00       |
|                               |               |                |           |
| **GENERAL UNSECURED PAYMENTS:** | 27,245.81   | 9,913.01       | .00       |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $   5,685.13 |
| Disbursements to Creditors | $  27,892.93 |
| | |
| **TOTAL DISBURSEMENTS:** | $   33,578.06 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    08/24/2011          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**